## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Case Number: 3:23CV339

Plaintiff:
**Bhupinder Singh**

VS.

Defendant:
**Harmanpreet Singh, Kulbir Kaur, and Armaan VA Corp. d/b/a Lovely Market**

Received by Hester Process Service, Inc. to be served on **Kulbir Kaur, 10107 Winston Park Place, North Chesterfield, VA 23235**.

I, David M. Hester, Sr., being duly sworn, depose and say that on the **1st day of June, 2023** at **12:00 pm, I**:

**POSTED** by attaching a true copy of the **Summons in a Civil Action, Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **10107 Winston Park Place, North Chesterfield, VA 23235**.

I certify that I am over the age of 18, not a party to the above-named action, nor otherwise interested in the subject matter in controversy.

Subscribed and sworn to before me on the 2nd day of June, 2023 by the affiant who is personally known to me.

_____
Notary public

**David M. Hester, Sr.**
Process Server

**Hester Process Service, Inc.**
**P.O. Box 37128**
**N. Chesterfield, VA 23234**
**(804) 271-0298**

Commonwealth of Virginia
County of Chesterfield
My Commission Expires 11/30/24

Our Job Serial Number: HTR-2023005932



Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

|  |  |  |  |
|---|---|---|---|
| BHUPINDER SINGH | ) | | |
| *Plaintiff(s)* | ) | | |
| v. | ) | Civil Action No. | 3:23cv339 |
| HARMANPREET SINGH, KULBIR KAUR, and ARMAAN VA CORP. d/b/a LOVELY MARKET | ) | | |
| *Defendant(s)* | ) | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KULBIR KAUR
10107 Winston Park Place
North Chesterfield, VA 23235
(County of Chesterfield)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig J. Curwood
Samantha R. Galina
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
(804) 648-4848

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  5/23/2023  _____

_____
*Signature of Clerk or Deputy Clerk*

## **AFFIDAVIT OF SERVICE**

### UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Case Number: 3:23CV339

Plaintiff:
**Bhupinder Singh**

vs.

Defendant:
**Harmanpreet Singh, Kulbir Kaur, and Armaan VA Corp. d/b/a Lovely Market**

Received by Hester Process Service, Inc. to be served on **Harmanpreet Singh, 10107 Winston Park Place, North Chesterfield, VA 23235**.

I, David M. Hester, Sr., being duly sworn, depose and say that on the **1st day of June, 2023** at **12:00 pm, I:**

**POSTED** by attaching a true copy of the **Summons in a Civil Action, Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **10107 Winston Park Place, North Chesterfield, VA 23235**.

I certify that I am over the age of 18, not a party to the above-named action, nor otherwise interested in the subject matter in controversy.

Subscribed and sworn to before me on the 2nd day of June, 2023 by the affiant who is personally known to me.

_____
Notary public

Commonwealth of Virginia
County of Chesterfield
My Commission Expires 11/30/24

_____
David M. Hester, Sr.
Process Server

**Hester Process Service, Inc.**
**P.O. Box 37128**
**N. Chesterfield, VA 23234**
**(804) 271-0298**

Our Job Serial Number: HTR-2023005933



Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| BHUPINDER SINGH | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  3:23cv339 |
| HARMANPREET SINGH, KULBIR KAUR, and ARMAAN VA CORP. d/b/a LOVELY MARKET | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  HARMANPREET SINGH
10107 Winston Park Place
North Chesterfield, VA 23235
(County of Chesterfield)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Craig J. Curwood
Samantha R. Galina
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
(804) 648-4848

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  5/23/2023

_Signature of Clerk or Deputy Clerk_

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Case Number: 3:23CV339

Plaintiff:
**Bhupinder Singh**

vs.

Defendant:
**Harmanpreet Singh, Kulbir Kaur, and Armaan VA Corp. d/b/a Lovely Market**

Received by Hester Process Service, Inc. to be served on **Armaan VA Corp. d/b/a Lovely Market; Harmanpreet Singh, Registered Agent, 11461 Robious Road, North Chesterfield, VA 23235**.

I, David M. Hester, Sr., being duly sworn, depose and say that on the **1st day of June, 2023** at **12:07 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to: **Harmanpreet Singh** at the address of: **11461 Robious Road, North Chesterfield, VA 23235**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, not a party to the above-named action, nor otherwise interested in the subject matter in controversy.

Subscribed and sworn to before me on the 2nd day of June, 2023 by the affiant who is personally known to me.

_____
Notary public

Commonwealth of Virginia
County of Chesterfield
My Commission Expires 11/30/24



**David M. Hester, Sr.**
Process Server

**Hester Process Service, Inc.**
**P.O. Box 37128**
**N. Chesterfield, VA 23234**
**(804) 271-0298**

Our Job Serial Number: HTR-2023005931

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

|  |  |
|---|---|
| BHUPINDER SINGH <br> *Plaintiff(s)* <br><br> v. <br><br> HARMANPREET SINGH, KULBIR KAUR, and <br> ARMAAN VA CORP. d/b/a LOVELY MARKET <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.    3:23cv339 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    ARMAAN VA CORP. d/b/a LOVELY MARKET
Harmanpreet Singh, Registered Agent
11461 Robious Road
North Chesterfield, VA 23235
(County of Chesterfield)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Craig J. Curwood
Samantha R. Galina
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
(804) 648-4848

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    5/23/2023

*Signature of Clerk or Deputy Clerk*