IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BHUPINDER SINGH,

    Plaintiff,

v.                            Civil Action No. 3:23cv339

HARMANPREET SINGH,
et al.,

    Defendants.

## ORDER

It appearing that this action was filed on May 22, 2023, and that Answers were due by June 22, 2023 but have not been filed and that plaintiff has taken no action to prosecute the action, it is hereby ORDERED that, on August 1, 2023, this action will be dismissed unless before that date the plaintiff acts to advance the case.

It is so ORDERED.

                                          /s/    *REP*
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: July 19, 2023