# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

BHUPINDER SINGH,

                **Plaintiff,**

v.

HARMANPREET SINGH,                     CASE NO.  3:23cv339

and

KULBIR KAUR,

and

ARMAAN VA CORP. d/b/a LOVELY MARKET,

                **Defendants.**

## SUGGESTION FOR STAY

    Plaintiff filed his complaint with this Court on May 22, 2023. On May 19, 2023, the United States of America filed a criminal complaint against the Defendants, *United States of America v. Kulbir Kaur and Harmanpreet Singh* Case No. 3:23-mj-35. Plaintiff hereby notifies the Court that pursuant to 18 U.S.C. §1595(b)(1), civil actions for forced labor "shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim."

    Plaintiff's complaint in this matter asserts the same occurrence in the criminal action.

Defendants have not yet appeared or responded in this civil action as of this filing, and the undersigned attorney certifies that he will mail a copy of this pleading to Defendants' last known home and business addresses.

Dated: July 19, 2023

Respectfully submitted,
**BHUPINDER SINGH**
Plaintiff


By: _/s/ Craig Juraj Curwood_
Craig Juraj Curwood (VSB No. 43975)
Samantha R. Galina (VSB No. 96981)
BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
Tel: (804) 648-4848
Fax: (804) 237-0413
Email: craig@butlercurwood.com
samantha@butlercurwood.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that I will mail a copy of the foregoing to the following by U.S. Mail:

>Harmanpreet Singh
>10107 Winston Park Place
>North Chesterfield, VA 23235
>
>Kulbir Kaur
>10107 Winston Park Place
>North Chesterfield, VA 23235
>
>Armaan VA Corp. d/b/a Lovely Market
>Harmanpreet Singh, Registered Agent
>11461 Robious Road
>North Chesterfield, VA 23235

/s/ *Craig Juraj Curwood*
Craig Juraj Curwood