IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BHUPINDER SINGH,

    Plaintiff,

v.                                          Civil Action No. 3:23cv339

HARMANPREET SINGH,
KULBIR KAUR, and
ARMAAN VA CORP. d/b/a
LOVELY MARKET,

    Defendants.

## ORDER

Having reviewed the SUGGESTION FOR STAY (ECF No. 7) filed pursuant to 18 U.S.C. § 1595(b)(1), and it appearing that a Criminal Complaint has been filed against the defendants, Harmanpreet Singh and Kulbir Kaur in a case styled United States v. Kulbir Kaur and Harmanpreet Singh, Criminal No. 3:23cr92 (the "2023 Criminal Case"), and finding good cause so to do, it is hereby ORDERED that this action is STAYED pending further Order of the Court.  It is further ORDERED that plaintiff's counsel shall file a Status Report by September 5, 2023, and every 45 days thereafter, said report to include the progress of the 2023 Criminal Case.

    It is so ORDERED.

                        /s/
                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: July 24, 2023