UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BHUPINDER SINGH,

       Plaintiff,

v.

HARMANPREET SINGH,
and

KULBIR KAUR,
and

ARMAAN VA CORP. d/b/a LOVELY MARKET,

       Defendants.

CASE NO. 3:23cv339

## STATUS REPORT

Plaintiff's Counsel submits this status report pursuant to the Court's Order dated July 24, 2023. Plaintiff filed his complaint with this Court on May 22, 2023. On May 19, 2023, the United States of America filed a criminal complaint against the Defendants, *United States of America v. Kulbir Kaur and Harmanpreet Singh* Case No. 3:23-mj-00035. The Criminal case number assigned is Case No. 3:23-cr-00092, and the initial case assignment was to District Judge Roderick C. Young. ("Criminal Case"). The United States of America brought seven (7) total counts:

1. 18 U.S.C.1594(b) and 18 U.S.C.1589; Conspiracy to Commit Forced Labor; Forfeiture Allegation;

1

2. 18 U.S.C.1589 and 18 U.S.C.1594(a); Forced Labor; Aiding and Abetting; Forfeiture Allegation;

3. 8 U.S.C.1324(a)(1)(A)(iii), 8 U.S.C.1324(a)(1)(B)(i), and 18 U.S.C. 2; Harboring an Alien for Financial Gain; Aiding and Abetting; Forfeiture Allegation;

4. 18 U.S.C.1592; Document Servitude; Aiding and Abetting; Forfeiture Allegation;

5. 18 U.S.C.1597 and 18 U.S.C. 2; Harboring an Alien for Financial Gain; Aiding and Abetting;

6. 18 U.S.C. 152(7); Conspiracy to Commit Bankruptcy Fraud and Make Fraudulent Transfers in Contemplation of Bankruptcy: Forfeiture Allegations; and

7. 18 U.S.C. 18:152(7) and 18 U.S.C. 2; Fraudulent Transfers in Contemplation of Bankruptcy; Aiding and Abetting; Forfeiture Allegation.

Arrest warrants were returned executed as to Kulbir Kaur on May, 25, 2023 and as to Harmanpreet Singh on May, 26, 2023 [Criminal Case ECF 8 and 14]. On July 19, 2023, Magistrate Judge Speight entered the Indictment as to Kulbir Kaur on counts 1-7 and as to Harmanpreet Singh on counts 1-7. [Criminal Case ECF 29]. On July 20, 2023, the criminal case was reassigned to District Judge Robert E. Payne. On August 14, 2023, the Court held arraignments as to Kulbir Kaur and Harmanpreet Singh, both of whom entered pleas of not guilty as to counts 1-7 and requested a jury trial. This Court set the matter for trial beginning on October 10, 2023.

Respectfully submitted,
**BHUPINDER SINGH**
Plaintiff

By: */s/ Craig Juraj Curwood*
Craig Juraj Curwood (VSB No. 43975)
Samantha R. Galina (VSB No. 96981)

BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
Tel: (804) 648-4848
Fax: (804) 237-0413
Email: craig@butlercurwood.com
samantha@butlercurwood.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that I will mail a copy of the foregoing to the following by U.S. Mail:

Harmanpreet Singh
10107 Winston Park Place
North Chesterfield, VA 23235

Kulbir Kaur
10107 Winston Park Place
North Chesterfield, VA 23235

Armaan VA Corp. d/b/a Lovely Market
Harmanpreet Singh, Registered Agent
11461 Robious Road
North Chesterfield, VA 23235

/s/ *Craig Juraj Curwood*
Craig Juraj Curwood