IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BHUPINDER SINGH,

    Plaintiff,

v.                                Case No. 3:23-cv-339

HARMANPREET SINGH, et al.,

    Defendants.

**ORDER**

Having reviewed the most recent STATUS REPORT (ECF No. 13) filed by the plaintiff, and the defendants having been found guilty in the criminal matter (United States v. Kaur, et al., Case No. 3:23-cr-92) which was the subject of the July 24, 2023 Order staying this action (ECF No. 8), it is hereby ORDERED that the stay is lifted. It is further ORDERED that the clerk's office is directed to schedule the initial pre-trial conference in this case for April 16, 2024.

It is so ORDERED.

                                            /s/  *REP*
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: March 12, 2024