IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BHUPINDER SINGH,

    Plaintiff,

v.                              Civil Action No. 3:23cv339

HARMANPREET SINGH,
et al.,

    Defendants.

**ORDER**

It is hereby ORDERED that the Initial Pretrial Conference scheduled for 10:00 a.m. April 16, 2024 is rescheduled to 10:00 a.m. April 17, 2024.

It is so ORDERED.

                              /s/       REP
                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: March 22, 2024