**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

BHUPINDER SINGH,

    Plaintiff,

v.                                    Civil Action No. 3:23cv339

HARMANPREET SINGH,
et al.

    Defendants.


**ORDER**

It is hereby ORDERED that the ORDER entered on March 12, 2024 (ECF No. 14) is VACATED and the Initial Pretrial Conference scheduled for 10:00 a.m. April 17, 2024 is cancelled.

Having reviewed the STATUS REPORT (ECF No. 13) filed by the plaintiff, it is hereby ORDERED that the stay entered on July 25, 2023 is lifted.  It is further ORDERED that the defendants have until by May 31, 2024 to retain counsel and to file Answers.  If the defendants, Harmanpreet Singh and Kulbir Kaur, intend to proceed without counsel, they shall file, by May 31, 2024, Notices of Intent to Proceed *Pro Se* as well as their respective Answers. The defendants are ADVISED that the defendant, Armaan VA Corp., d/b/a Lovely Market, must be represented by counsel because corporations may not appear *pro se*.

The Clerk is directed to send a copy of this Order to the defendants at their current facilities of incarceration.

It is so ORDERED.

_____ /s/ _REP_

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 15, 2024