UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**BHUPINDER SINGH,**

      **Plaintiff,**

v.

**HARMANPREET SINGH,**                        **CASE NO. 3:23-cv-00339**
**and**

**KULBIR KAUR,**
**and**

**ARMAAN VA CORP. d/b/a LOVELY MARKET,**

      **Defendants.**

## MOTION TO VACATE SCHEDULING ORDER

In light of the Court's Order (ECF No. 18) vacating its earlier Order (ECF No. 14), and cancelling the pretrial conference, Plaintiff moves the Court to also vacate its Scheduling Order (ECF 16) so that the parties are excused from scheduling a settlement conference on or before May 4, 2024 as required by ECF No. 16.

The reason for this request is that pursuant to ECF No. 18 the Defendants have until May 31, 2024 to notify the Court as to whether the individual Defendants will proceed with counsel, and to identify the corporate Defendant's counsel. Vacating ECF No. 16 will not cause any delay in these proceedings but would only relieve the parties from scheduling a settlement before Defendants have counsel.

Respectfully submitted,
**BHUPINDER SINGH**
Plaintiff


By: _/s/ Craig Juraj Curwood_
Craig Juraj Curwood (VSB No. 43975)
Samantha R. Galina (VSB No. 96981)
BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
Tel: (804) 648-4848
Fax: (804) 237-0413
Email: craig@butlercurwood.com
       samantha@butlercurwood.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that I will mail a copy of the foregoing to the following by U.S. Mail:

> Harmanpreet Singh #48679
> Pamunkey Regional Jail VA
> P.O. Box 485
> Hanover, VA 23069
>
> Kulbir Kaur #55653
> c/o Northern Neck Regional Jail
> P.O. Box 1060
> Warsaw, VA 22572
>
> Armaan VA Corp. d/b/a Lovely Market
> c/o Harmanpreet Singh #48679
> Pamunkey Regional Jail VA
> P.O. Box 485
> Hanover, VA 23069
>
> Subir Kaur
> POA for Harmanpreet Singh and Kulbir Kaur
> 10107 Winston Park Place
> North Chesterfield, VA 23235

                                                         /s/ *Craig Juraj Curwood*
                                                         Craig Juraj Curwood