IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BHUPINDER SINGH,

    Plaintiff,

v.                                  Civil Action No. 3:23cv339

HARMANPREET SINGH,
et al.

    Defendants.

**ORDER**

Having considered the plaintiff's MOTION TO VACATE SCHEDULING ORDER (ECF No. 19), and for good cause shown, it is hereby ORDERED that the Motion (ECF No. 19) is granted and the It is hereby ORDERED that the SCHEDULING ORDER entered on March 15, 2024 (ECF No. 16) is VACATED.

The Clerk is directed to send a copy of this Order to the defendants at their current facilities of incarceration.

It is so ORDERED.

                                                  /s/   REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: May 7, 2024