**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

BHUPINDER SINGH,

     Plaintiff,

v.                                            Civil Action No. 3:23cv339

HARMANPREET SINGH,
KULBIR KAUR and
ARMAAN VA CORP. d/b/a
LOVELY MARKET,

     Defendants.

### ORDER

The Court has received a letter from Satbir Kaur (marked "Received" July 3, 2024) to which was attached a copy of a check payable to Charles R. Samuels and a Representation Agreement between Charles R. Samuels and Kulbir Kaur dated April 30, 2024 and signed by Kaur on May 23, 2024. The letter with its attachments is a request for extension of certain deadline provisions of the ORDER entered herein on April 15, 2024 (ECF No. 18), which, inter alia, allowed the defendants until May 31, 2024 to retain counsel and file Answers, or, as to the defendants, Harmanpreet Singh and Kulbir Kaur, to file a Statement of Intent to Proceed *Pro Se* and their Answers to the Complaint. The Clerk is directed to file the letter and its attachments as a Letter Motion for Extension of Time (the "Letter Motion") and to assign it a docket number.

Having considered the text of the Letter Motion, the Court finds that there is evidence that Kulbir Kaur, perhaps acting through Satbir Kaur, retained Charles R. Samuels, Esquire to represent her, and perhaps Harmanprett Singh, in this matter and paid a deposit of at least $1,500.00 toward the fee to be earned by Mr. Samuels.   The Letter Motion recites that, the clients to be represented were Harmanpreet Singh and Kulbir Kaur even though the Representation Agreement mentions only Kulbir Kaur.

The Court notes that the copy of the Representation Agreement attached to the Letter Motion is not signed by Mr. Samuels and that there is no indication that Mr. Samuels negotiated the deposit check of $1,500.00.   Additionally, the Letter Motion recites that there have been two checks delivered to Mr. Samuels, but only one check is attached to the Letter Motion.

The docket sheet in this case reflects that, because the May 31, 2024 deadline set forth in the ORDER (ECF No. 18) has passed and the defendants have filed no responsive pleadings, the plaintiff, Bhupinder Singh, filed a MOTION FOR ENTRY OF DEFAULT (ECF No. 21) and that, on June 26, 2024, the Clerk entered an ENTRY OF DEFAULT (ECF No. 22).

Considering the substance of the Letter Motion and the records of the Court, there is evidence that the defendants, Harmanpreet

Singh and Kulbir Kaur retained Charles R. Samuels, Esquire to represent them before the MOTION FOR ENTRY OF DEFAULT (ECF No. 21) was filed and before the ENTRY OF DEFAULT (ECF No. 22) was entered. If that is the case, Mr. Samuels has allowed his clients to be in default. Under the circumstances and considering the current status of the case, it is hereby ORDERED that, by July 31, 2024, Charles R. Samuels, Esquire shall: (1) note his appearance as counsel of record for Harmanpreet Singh and Kulbir Kaur in this matter and file a motion on their behalf seeking, as to them, relief from the ENTRY OF DEFAULT (ECF No. 22); or (2) file a Statement in Response to the Letter Motion and the exhibits thereto demonstrating that he has received no funds as represented in the second paragraph of the Letter Motion and did not sign the Representation Agreement attached thereto.

Further, it appears that Mr. Samuels has not provided for the records of the Court a telephone number at which he can actually be reached, but instead has provided the telephone number of a "lawyers directory" service. That is not appropriate. Accordingly, Mr. Samuels shall, by July 15, 2024, supply the Clerk with his office telephone number and the cell telephone number where he can be reached on any occasion without the Court having to refer to a lawyers directory service.

3

The Clerk is directed to send a copy of this ORDER to the defendants at their current facilities of incarceration; to Satbir Kaur at the address shown on the Letter Motion, and to Charles R. Samuels, Esquire via Notice of Electronic Filing (NEF) and mail to the address he has supplied to the Court.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: July 9, 2024