From:
Satbir Kaur
10107 Winston Park Place
North Chesterfield VA, 23235



To:
The Honorable Judge Robert E. Payne
Eastern District Court
701 E Broad Street
Richmond, VA 23235

Dear Judge Payne,

I am writing to respectfully request an extension on finding a lawyer or, alternatively, to grant Harmanpreet Singh and Kulbir Kaur the opportunity to represent themselves in the matter currently before the court.

Before the court's deadline of May 30th, we hired Mr. Charles Samuel to represent Harmanpreet Singh and Kulbir Kaur. The retainer agreement was signed, and Mr. Samuel received two checks to cover his initial fees, including visiting Harmanpreet Singh and Kulbir Kaur at Northern Neck and informing the court of his representation.

However, despite our efforts, Mr. Samuel has not been responsive. He has not answered my phone calls nor has he responded to the court's inquiries. I made every attempt to secure legal representation before the deadline, and entrusted Mr. Samuel with this responsibility. Unfortunately, he has not fulfilled his obligations, leaving us in a precarious position. I have attached one of the retainer agreements and one of the checks provided to Mr. Samuel. We haven't received the money back that was given to him either.

Given these circumstances, I am kindly requesting the opportunity to stop the case from going into default whether that is by being given the opportunity to hire another attorney who can effectively represent Harmanpreet Singh and Kulbir Kaur or alternatively I ask for the court's permission for them to represent themselves in the interim. I am extremely sorry for all the inconvenience this has caused. I deeply appreciate your understanding and consideration of this request. Please let me know if any further information is required or if there are additional steps we need to take.

Sincerely,

Satbir Kaur