UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BHUPINDER SINGH

    Plaintiff,
v.                                                    Case: 3:23cv339

HARMANPREET SINGH,
and

KULBIR KAUR,
and

ARMAAN VA CORP. d/b/a LOVELY MARKET,

    Defendants.

## NOTICE OF APPEARANCE

The undersigned hereby appears in the above-referenced proceedings as Counsel for Harmanpreet Singh, and requests that Jacqueline W. Critzer, Esquire and Scott D. Cardani, Esquire of Critzer Cardani, PC be placed upon the mailing list of parties in interest and counsel who receive all Notices in these proceedings.

                                        Respectfully Submitted:

                                        Jacqueline W. Critzer and
                                        Scott D. Cardani

                            By:    <u>/s/ Jacqueline W. Critzer, Esq.</u>
                                        Jacqueline W. Critzer, VSB# 71569
                                        Scott D. Cardani, VSB# 39976
                                        Critzer Cardani PC
                                        12090 W. Broad Street
                                        Suite 200
                                        Richmond, Virginia 23233
                                        (804) 793-8010

(804) 767-3436f
jackie@cclawva.com
scott@cclawva.com

CERTIFICATION OF SERVICE

I hereby certify that on July 31, 2024, I mailed the foregoing Notice of Appearance by electronic mail or first class mail, postage pre-paid to Craig Juraj Curwood, Esquire (craig@butlercurwood.com) and Samantha R Galina, Esquire (samantha@butlercurwood.com) at Butler Curwood, PLC 140 Virginia Street, Suite 302 Richmond, Virginia 23219.

/s/ Jacqueline W. Critzer, Esq.
Jacqueline W. Critzer, VSB# 71569
Scott D. Cardani, VSB# 39976
Critzer Cardani PC
12090 W. Broad Street
Suite 200
Richmond, Virginia 23233
(804) 793-8010
(804) 767-3436f
jackie@cclawva.com
scott@cclawva.com

2