IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BHUPINDER SINGH,

                Plaintiff,

v.

Harmanpreet Singh,
Kulbir Kaur, and
Armaan VA Corp, d/b/a Lovely Market,

            Defendants.

Civil Action No.: 3:23cv339
Judge Robert E. Payne

**<u>Notice of Appearance</u>**

Comes now Charles R. Samuels and notes his appearance on behalf of Kulbir Kaur. Mr. Samuels does not represent Harmanpreet Singh, Armaan VA Corp, d/b/a Lovely Market.

The undersigned recently received the documents necessary to confirm his engagement as the attorney for Ms. Kaur. This was after May 31, 2024. The undersigned has explained to both Ms. Kulbir Kaur and Ms. Satbir Kaur that due to Virgina Rule of Professional Conduct 1.7 (Conflict of Interest: General Rule), he cannot represent both natural parties or the corporation and one or both parties.

The undersigned confirmed with the Eastern District of Virginia's Clerk's office that they have his accurate telephone number (804-677-72723), his fax number (804-843-8523) and email address (crsamuels@gmail.com), and regrets any confusion regarding contacting him.

The undersigned, per this Court's Order, will file a Motion for Relief from the entry of Default (ECF No. 22) this evening.

Dated: July 31, 2024

Respectfully submitted,

___/s/Charles R. Samuels_____
Charles R. Samuels, VSB # 65899
Charles R. Samuels, Attorney at Law, PLLC
4908 Monument Ave., Ste. 100
Richmond, Virginia 23230
Phone: 804-677-7273
Fax: 804-843-8523
E-mail:crsamuels@gmail.com
*Counsel for Kulbir Kaur*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                    Criminal Case No.: 3:24CR18
                                                      Judge Robert E. Payne

WILLIAM HALL,
                 Defendant.

### Certificate of Service

This is to certify that on Wednesday, July 31, 2024, I sent a copy of this Notice of

Appearance via e-mail to:

Samantha Galina

Butler Curwood, PLC

p:  804.648.4848
f:  804.237.0413
w:  butlercurwood.com
e:  samantha@butlercurwood.com
a:  140 Virginia Street, Suite 302, Richmond, VA 23219


                   /s/Charles R. Samuels
                  Charles R. Samuels, VSB # 65899
                  Charles R. Samuels, Attorney at Law, PLLC
                  4908 Monument Ave., Ste. 100
                  Richmond, Virginia 23230
                  Phone: 804-677-7273
                  Fax: 804-843-8523
                  E-mail:crsamuels@gmail.com
                  *Counsel for Kulbir Kaur*