UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BHUPINDER SINGH

    Plaintiff,

v.                                                        Case: 3:23cv339

HARMANPREET SINGH,
and

KULBIR KAUR,
and

ARMAAN VA CORP. d/b/a LOVELY MARKET,

    Defendants.

**CORRECTED NOTICE OF APPEARANCE**

The undersigned hereby appears in the above-referenced proceedings as Counsel for Harmanpreet Singh, and requests that Jacqueline W. Critzer, Esquire of Critzer Cardani, PC be placed upon the mailing list of parties in interest and counsel who receive all Notices in these proceedings.

                              Respectfully Submitted:

                              Jacqueline W. Critzer

                By:    <u>/s/ Jacqueline W. Critzer, Esq.</u>
                            Jacqueline W. Critzer, VSB# 71569
                            Critzer Cardani PC
                            12090 W. Broad Street
                            Suite 200
                            Richmond, Virginia 23233
                            (804) 793-8010

                            (804) 767-3436f
                            jackie@cclawva.com

## CERTIFICATION OF SERVICE

I hereby certify that on August 22, 2024, I mailed the foregoing Notice of Appearance by electronic mail or first class mail, postage pre-paid to Craig Juraj Curwood, Esquire (craig@butlercurwood.com) and Samantha R Galina, Esquire (samantha@butlercurwood.com) at Butler Curwood, PLC 140 Virginia Street, Suite 302 Richmond, Virginia 23219.

                          /s/ Jacqueline W. Critzer, Esq.
                          Jacqueline W. Critzer, VSB# 71569
                          Critzer Cardani PC
                          12090 W. Broad Street
                          Suite 200
                          Richmond, Virginia 23233
                          (804) 793-8010 (804) 767-3436f
                          jackie@cclawva.com