# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

BHUPINDR SINGH
    *Plaintiff,*

v.                                                                                          Case: 3:23cv339

HARMANPREET SINGH
And

KULBIR KAUR
And

ARMAAN VA CORP. d/b/a LOVELY MARKET,

    *Defendants.*

## NOTICE OF APPEARANCE

The undersigned hereby appears in the above-referenced proceedings as Counsel for Harmanpreet Singh, and requests that Scott D. Cardani, Esquire of Critzer Cardani, PC be placed upon the mailing list of parties in interest and counsel who receive all Notices in these proceedings.

    Respectfully Submitted:

    Scott D. Cardani, Esquire


By:    /s/ Scott D. Cardani, Esq.
        Scott D. Cardani, VSB# 39976
        Critzer Cardani, P.C.
        12090 West Broad Street, suite 200
        Henrico, Va 23233
        (804) 793-8010
        (804)767-3436 f
        Scott@cclawva.com

CERTIFICATION OF SERVICE

    I hereby certify that on August 23, 2024, I mailed the foregoing Notice of Appearance by electronic mail or first class mail, postage pre-paid to Craig Juraj Curwood, Esquire (craig@butlercurwood.com) and Samantha R. Galina, Esquire (samanatha@butlercurwood.com) at Butler Curwood, PLC, 140 Virginia Street, suite 302, Richmond, Virginia 23219.

    /s/ Scott D. Cardani, Esquire
Scott D. Cardani, VSB# 39976
Critzer Cardani, P.C.
12090 West Broad Street, suite 200
Henrico, Va 23233
(804) 793-8010
(804)767-3436 f
Scott@cclawva.com