IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BHUPINDER SINGH,

    Plaintiff,

v.                                      Case No. 3:23-cv-339

HARMANPREET SINGH, et al.,

    Defendants.

### ORDER

Having considered the LETTER MOTION FOR EXTENSION OF TIME, ECF No. 24 (the "LETTER MOTION"), and the NOTICE OF APPEARANCE, ECF No. 29, the Court hereby DENIES as moot the LETTER MOTION, ECF No. 24, because Counsel for Defendant Kalbir Kaur, Mr. Charles R. Samuels, properly responded in ECF No. 29 to the Court's ORDER, ECF No. 23.

It is so ORDERED.

                                                /s/ REP
                                         Robert E. Payne
                                         Senior United States District Judge

Richmond, Virginia
Date: January 3, 2025