IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BHUPINDER SINGH,

    Plaintiff,

v.                                        Case No. 3:23-cv-339

HARMANPREET SINGH, et al.,

    Defendants.

## ORDER

Having considered the MOTION SEEKING RELIEF FROM ENTRY OF DEFAULT AND TO EXTEND TIME FOR FILING OF AN ANSWER, ECF No. 30 ("the MOTION"), filed on behalf of Defendant Kulbir Kaur, the Court hereby GRANTS the MOTION and sets aside the entry of default against Defendant Kulbir Kaur based on a good cause showing pursuant to Fed. R. Civ. P. 55(c).

It is so ORDERED.

                                              _____/s/_____/REP/
                                              Robert E. Payne
                                              Senior United States District Judge

Richmond, Virginia
Date: January 3, 2025