IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BHUPINDER SINGH,

    Plaintiff,

v.                                                Case No. 3:23-cv-339

HARMANPREET SINGH, et al.,

    Defendants.

**ORDER**

Having considered the MOTION SEEKING RELIEF FROM ENTRY OF DEFAULT AND TO EXTEND TIME FOR FILING OF AN ANSWER, ECF No. 30 ("the MOTION"), filed on behalf of Defendant Kulbir Kaur, the Court hereby GRANTS the MOTION based on a good cause showing and a finding that an extension of time to file an Answer will not prejudice the Plaintiff pursuant to Fed. R. Civ. P. 6(b). The Court hereby ORDERS that the Defendant shall file by Friday, January 10, 2025, at 5:00 P.M., an Answer to the Complaint.

It is so ORDERED.

                                      /s/     *R E P*
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: January 3, 2025