```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                      Richmond Division
```

BHUPINDER SINGH,

    Plaintiff,

v.                                          Case No. 3:23-cv-339

HARMANPREET SINGH, et al.,

    Defendants.

## ORDER

Upon review of the docket in this case, the Court finds that Defendant Harmanpreet Singh ("the Defendant") remains in Default pursuant to the Clerk's ENTRY OF DEFAULT, ECF No. 22, on June 26, 2024. However, the Defendant, through counsel, has taken actions as if the Defendant was not in default such as filing a MOTION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT, ECF No. 26 ("the MOTION"), and two ANSWERS, ECF Nos. 27, 37. The Court cannot rule on the MOTION or consider the Defendant's Answers until default has been removed.

If the Defendant wishes to be released from default, it is hereby ORDERED that the Defendant shall file a Motion Seeking Relief from Default, along with a brief supporting that motion, by Friday, January 31, 2025, at 5:00 P.M. The Plaintiff shall file a Response Brief by Friday, February 7, 2025, at 5:00 P.M. The

Defendant shall file a Reply Brief by Wednesday, February 12, 2025, at 5:00 P.M.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 21, 2025