IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BHUPINDER SINGH,

    Plaintiff,

v.                          Civil Action No. 3:23cv339

HARMANPREET SINGH, et al.,

    Defendants.

## ORDER

It is hereby ORDERED that the Motion For Extension Of Time to File Answer (ECF No. 40) is granted and the Answer (ECF No. 39) filed by the defendant, Kulbir Kaur, on January 21, 2025 is deemed timely filed.

It is so ORDERED.

                                /s/ _REP_

                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: January 27, 2025