IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BHUPINDER SINGH,

    Plaintiff,

v.                                                    Case No. 3:23-cv-339

HARMANPREET SINGH, et al.,

    Defendants.

## ORDER

Having considered the MOTION SEEKING RELIEF FROM ENTRY OF DEFAULT, ECF No. 41 ("the MOTION"), the MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION SEEKING RELIEF FROM ENTRY OF DEFAULT, ECF No. 43, and PLAINTIFF'S RESPONSE TO DEFENDANT HARMANPREET SINGH'S MOTION SEEKING RELIEF FROM ENTRY OF DEFAULT, ECF No. 44, and understanding that the Plaintiff concurs in the MOTION, the Court hereby GRANTS the MOTION, ECF No. 41, and sets aside the entry of default against Defendant Harmanpreet Singh based on a good cause showing pursuant to Fed. R. Civ. P. 55(c). Further, the Court hereby GRANTS the MOTION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT, ECF No. 26. Defendant Harmanpreet Singh shall file an Answer to the Complaint by February 17, 2025, at 5:00 P.M.

It is so ORDERED.

                    /s/ _REP_

                    Robert E. Payne
                    Senior United States District Judge

Richmond, Virginia
Date: February 10, 2025