IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BHUPINDER SINGH,

        Plaintiff,

v.                                                                                    Civil Action No.: 3:23cv339
                                                                                      Judge Robert E. Payne

Harmanpreet Singh,
Kulbir Kaur, and
Armaan VA Corp, d/b/a Lovely Market,

        Defendants.

## Motion for Continuance

COMES NOW, defendant Kulbir Kaur, by counsel, Charles R. Samuels, and moves this Honorable Court for a continuance. The undersigned discussed this issue with opposing counsel and co-defendant's counsel and there are no objections to this request to continue. The undersigned will be out of the country from March 6th through March 15th and will not be available for the pre-trial conference. Counsel in this matter have agreed that March 21st between 10:30 and 3:30 is acceptable if acceptable to the Court. If a continuance is not granted, the undersigned requests he appear by telephone or audio/visual means.

Respectfully submitted,

   /s/Charles R. Samuels
Charles R. Samuels, VSB # 65899
Charles R. Samuels, Attorney at Law, PLLC
4908 Monument Ave., Ste. 100
Richmond, Virginia 23230
Phone: 804-677-7273
Fax: 804-843-8523
E-mail:crsamuels@gmail.com
*Counsel for Kulbir Kaur*

## CERTIFICATION OF SERVICE

      I hereby certify that on March 6, 2025, I mailed this Answer by electronic mail or first-class mail, postage pre-paid to the Craig Juraj Curwood, Esquire (craig@butlercurwood.com) and Samantha R Galina, Esquire (samantha@butlercurwood.com) at Butler Curwood, PLC 140 Virginia Street, Suite 302 Richmond, Virginia 23219, and to Scott Cardani via email.

                              /s/Charles R. Samuels
                              Charles R. Samuels, VSB # 65899
                              Charles R. Samuels, Attorney at Law, PLLC
                              4908 Monument Ave., Ste. 100
                              Richmond, Virginia 23230
                              Phone: 804-677-7273
                              Fax: 804-843-8523
                              E-mail:crsamuels@gmail.com
                              *Counsel for Kulbir Kaur*