IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BHUPINDER SINGH,

    Plaintiff,

v.                                           Case No. 3:23-cv-339

HARMANPREET SINGH, et al.,

    Defendants.

**ORDER**

This matter is before the Court on the Motion for Continuance (the "MOTION") (ECF No. 49), and there being no objection thereto, the Court hereby ORDERS that the MOTION is GRANTED. The initial pre-trial conference is continued and re-set for April 23, 2025, at 10:00 AM.

It is so ORDERED.

                                         /s/ REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: March 10, 2025